IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSE BAEZA-CRUZ,                                                                              PLAINTIFF
Reg #86991-479

v.                                           4:21CV01186-KGB-JTK

TEXAS DEPARTMENT OF CORRECTIONS                                      DEFENDANTS

**ORDER**

Plaintiff Jose Baeza-Cruz ("Plaintiff") filed a pro se Complaint pursuant to 42 U.S.C. § 1983 against the Texas Department of Corrections.  (Doc. No. 1).   Plaintiff claims that while he was incarcerated Diboll, Texas, and in the custody the Texas Department of Corrections, he received inadequate medical care.  (Id.)   Diboll, Texas, is located in Angelina County, which lies in the Eastern District of Texas.

Because of the Defendant named and allegations made, the Court finds that the interests of justice would be best served by transferring this case to the United States District Court for the Eastern District of Texas.   See 28 U.S.C. § 1406(a).[1]

The Clerk of the Court is directed to TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the Eastern District of Texas after reasonable delay.   In re Nine Mile Ltd., 673 F.2d 242, 243 (8th Cir. 1982).

IT IS SO ORDERED this 17th day of December, 2021.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."   Id.